UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dale E. Holloway, Jr.

    v.                                    Case No. 21-cv-205-PB

NH, State of et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 15, 2021, direct the clerk's office to update the docket to reflect the petition was filed under 28 U.S.C. § 2241, and to list the Superintendent of the HCDOC as the respondent; dismiss the petition (Doc. No. 1) in its entirety, without prejudice, for lack of exhaustion; and decline to issue a certificate of appealability.

                                                /s/Paul Barbadoro_____
                                                Paul Barbadoro
                                                United States District Judge

Date: April 1, 2021

cc: Dale E. Holloway, Jr., pro se